

# Third Court of Appeals

RECEIVED
MAR 03 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

### RECEIPT FOR CHECK-OUT RECORD
(CLOSED CASES)

This is to acknowledge that I have taken receipt of the following items of this record. I understand that I am fully responsible for the care and custody of these items. **These items will be returned no later than the due date shown below.** These items were received by me in good condition, properly bound and certified by the appropriate Clerk or Court Reporter if applicable.

| | |
|---|---|
| Cause Number: **03-08-00577-CV** | Retention Center No.: |
| Name of Cause: **The City of El Paso v PUC** | |

Items Checked out:
1 volume of administrative record

| | |
|---|---|
| Date Items Checked Out: | Date Items are due: **PERMANENT** |
| Requested By: | |
| Attorney: John R. Hulme | |
| Signature: *E. Wallat Paralegal* | Driver Lic.: |
| Bar Card Number: | |
| Firm/Agency: Environmental Protection Division | |
| Address: P.O. Box 12548 | |
| Phone Number: 512-463-2012 | |

*********************************************************************************************

Approved By: Jeff Kyle

*********************************************************************************************

Dates Items Returned: **PERMANENT**